JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RENEE WARFIELD,<br><br>   Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and, GROUP LONG TERM DISABILITY FOR EMPLOYEES OF UNIVERSAL HEALTH SERVICES, INC.,<br><br>   Defendants. | Case No.  EDCV12-01078 VAP (SPx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties, both served and unserved. The parties are to bear their own respective attorneys' fee and costs.

DATED: _September 04, 2013_____   *Virginia A. Phillips*____

UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

C:\Users\Bird-S\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\0MKOUEZ0\WARFIELD -

- 1 -

CASE NO. EDCV12-01078 VAP (SPx)
(PROPOSED) ORDER RE STIP.FOR DISMISSAL OF ENTIRE ACTION W/PREJUDICE.